IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSE ARIEL ZACARIAS MALDONADO,     )
                                                    )
      Petitioner,                   )
                                                      )
      v.                         )        1:26-cv-001215 (RDA/WEF)
                                                    )
JEFFREY CRAWFORD, *et al.*,        )
                                                    )
      Respondents.            )
                                                    )

## ORDER

On May 6, 2026, Petitioner Jose Ariel Zacarias Maldonado ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he is being unlawfully detained at the Farmville Detention Center. Dkt. 1. Upon the Court's review of the Petition, it is hereby

ORDERED that Petitioner <u>IS NOT</u> to be removed or transferred from this District for any reason without this Court's permission for the duration of this habeas case; and it is

FURTHER ORDERED that on or before 5:00 PM on Thursday, May 14, 2026, the Federal Respondents file a response to the Petition; and it is

FURTHER ORDERED that Petitioner shall file any reply in further support of the Petition on or before 5:00 PM on Tuesday, May 19, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Alexandria, Virginia
May __7__, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge